**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1613

CASSANDRA F. BULLOCK,

Plaintiff - Appellant,

versus

REHRIG INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:05-cv-00697-JRS)

Submitted: December 21, 2006          Decided:  December 28, 2006

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry W. McLaughlin, III, CENTRAL VIRGINIA LEGAL AID SOCIETY, INC., Richmond, Virginia, for Appellant.  James P. McElligott, Jr., MCGUIREWOODS LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cassandra F. Bullock appeals the district court's order granting summary judgment in favor of Rehrig International, Inc., on Bullock's sex discrimination, sexual harassment, and retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bullock v. Rehrig Int'l, Inc., No. 3:05-cv-00697-JRS (E.D. Va. May 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED